# United States Court of Appeals for the Federal Circuit

September 27, 2007

ERRATA

Appeal No. 2006-5060

Avtel Services Inc. v. United States

Order Dated:  August 21, 2007.            Precedential

In the dissenting opinion of Judge Newman, the following change is made:

At page 2, line 9, replace "principle" with -- principal --.